IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JERRY GREELY, WARD HERRING       :
DANIEL BUTTERSWORTH,       :
JOHNNY MEARS, BARRY JIVIDEN,       :
WAYNE SPRINGER,       :
ROBERT ANKEN, WAYNE BRUNER       :
JOSEPH ZETTLER, SR. and       :   Civil Action No.  4:11-cv-96-WTM-GRS
CHRISTOPHER GOSSELIN, individually       :
and on behalf of other similarly situated       :
employees,       :
      :
           Plaintiffs,       :
v.       :
      :
LAZER SPOT, INC.,       :
      :
           Defendant.       :

## ORDER

This matter is before the Court on Plaintiffs' Unopposed Motion to Stay this Case

Pending the Court's Ruling on Plaintiffs' Motion to Transfer Venue, which is hereby

**GRANTED**.  Plaintiffs' request to withdraw Plaintiffs' Motion for Conditional Certification of

Collective Action and for an Order Permitting Supervised Notice of the Action to Potential Opt-

In Plaintiff filed on November 16, 2011, is also **GRANTED**.  This matter is hereby stayed

pending this Court's ruling on Plaintiffs' Unopposed Motion to Transfer Venue, and all

unexpired deadlines in the Court's scheduling order dated November 16, 2011, shall be reset in

the event that Plaintiffs' Motion to Transfer Venue is denied.

      **SO ORDERED** this _10th_ day of _January_, 2011.


_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA